**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CITY OF PITTSBURGH,

          Petitioner

          v.

FRATERNAL ORDER OF POLICE FORT
PITT LODGE NO.1,

          Respondent

:  No. 34 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of November, 2023, the Application for Stay is DENIED.